**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW WILLIAMS | CRIMINAL ACTION<br>NO. 24-390 |

## <u>ORDER</u>

**AND NOW**, this 20th day of February 2026, upon consideration of Andrew Williams's Motion for Early Termination of Probation, (Dkt. No. 4), and the Government's Opposition, (Dkt. No. 6), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

**_/s/ Gerald J. Pappert_**

Gerald J. Pappert, J.

1